1   Michael K. O'Neill, SB # 155937
    FITZPATRICK, CELLA, HARPER
2     & SCINTO
    650 Town Center Drive, Suite 1600
3   Costa Mesa, CA 92626
    Telephone: (714) 540-8700
4   Facsimile: (714) 540-9823
    mo'neill@fchs.com
    Attorney for Plaintiffs
5   Astellas Pharma Inc., and
    Boehringer Ingelheim Pharmaceuticals Inc.
6

    Robert L. Baechtold (*pro hac vice* to be filed)
7   Simon D. Roberts (*pro hac vice* to be filed)
    FITZPATRICK, CELLA, HARPER
8     & SCINTO
    30 Rockefeller Plaza
9   New York, NY 10112-3801
    Telephone: (212) 218-2100
10  Facsimile: (212) 218-2200
    rbaechtold@fchs.com
    sroberts@fchs.com
11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

C08-03466 JL

--------------------------------X
ASTELLAS PHARMA INC., and BOEHRINGER     : Case No.
INGELHEIM PHARMACEUTICALS, INC.          :
                                         :
            Plaintiffs,                  :
                                         : COMPLAINT FOR PATENT
        v.                               : INFRINGEMENT
                                         :
IMPAX LABORATORIES, INC.                 :
                                         :
            Defendant.                   :
--------------------------------X

COMPLAINT FOR PATENT INFRINGEMENT

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Astellas Pharma Inc. and Boehringer Ingelheim Pharmaceuticals, Inc. (hereinafter collectively "Plaintiffs"), for their Complaint for patent infringement herein against defendant Impax Laboratories, Inc., allege as follows:

### PARTIES

1. Astellas Pharma Inc. ("Astellas") is a corporation organized and existing under the laws of Japan, having a principal place of business at 3-11, Nihonbashi-Honcho 2-chome, Chuo-ku, Tokyo 103-8411, Japan.

2. Boehringer Ingelheim Pharmaceuticals Inc. ("BIPI") is a corporation organized and existing under the laws of Delaware, having a principal place of business at 900 Ridgebury Road, Ridgefield, Connecticut 06877-0368.

3. On information and belief, Defendant Impax Laboratories, Inc. ("Impax") is a corporation organized and existing under the laws of Delaware, having a principal place of business at 30831 Huntwood Avenue, Hayward, California 94544.

### JURISDICTION AND VENUE

4. This action arises under the patent laws of the United States of America. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

5. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c), and 28 U.S.C. § 1400(b); Impax is subject to personal jurisdiction

1  based on information and belief that Impax's principle place of business is within this

2  judicial jurisdiction and it has regular and systematic business contacts within this judicial

3  jurisdiction.

4  **INTRADISTRICT ASSIGNMENT**

5  6.  Pursuant to Civil L.R. 3-2(c), this patent infringement action may be

6  assigned on a district-wide basis. Because Impax's corporate headquarters are located in

7  the County of Alameda, Plaintiffs are filing this Complaint in the Oakland Division.

8  **CLAIM FOR PATENT INFRINGEMENT**

9  7.  Plaintiff BIPI holds an approved new drug application ("NDA") No.

10  20-579 for Flomax® capsules (0.4 mg), which tablets contain the active ingredient

11  tamsulosin HCl. Flomax® capsules are approved by the United States Food and Drug

12  Administration ("FDA") for the treatment of the signs and symptoms of benign prostatic

13  hyperplasia ("BHP"). Flomax® capsules are sold in the United States by BIPI.

14  8.  The active ingredient in the Flomax® capsules, tamsulosin HCl, is

15  known chemically as (-)-(R)-5-[2-[[2-(2-ethoxyphenoxy) ethyl]amino]propyl]-2-

16  methoxybenzenesulfonamide, monohydrochloride or (-)-(R)-5-{2-[2-(2-

17  ethoxyphenoxy)ethylamino]-2-methylethyl}-2-methoxybenzenesulfonamide

18  hydrochloride.

19  9.  Astellas is the owner of United States Patent No. 4,703,063 ("the

20  '063 patent"). The '063 patent was duly and legally issued on October 27, 1987.

21

COMPLAINT FOR PATENT INFRINGEMENT    - 3 -

1   10.  Astellas was formed as a result of the merger of Yamanouchi
2   Pharmaceutical Co., Ltd. ("Yamanouchi") of Tokyo, Japan and Fujisawa Pharmaceutical
3   Co., Ltd. of Osaka, Japan. The '063 patent was initially assigned to Yamanouchi, which
4   subsequently became Astellas after the merger.

5   11.  The '063 patent claims, *inter alia*, tamsulosin and pharmaceutical
6   compositions containing it. A true copy of the '063 patent is attached hereto as Exhibit
7   A.

8   12.  On information and belief, Impax submitted to the FDA an
9   abbreviated new drug application ("ANDA") under the provisions of 21 U.S.C. § 355(j),
10  seeking approval to engage in the commercial manufacture, use, and sale of tamsulosin
11  HCl 0.4 mg capsules.

12  13.  On information and belief, Impax submitted its ANDA to the FDA
13  for the purpose of obtaining approval to engage in the commercial manufacture, use, or
14  sale of its tamsulosin HCl 0.4 mg capsules before the expiration of the '063 patent.

15  14.  On information and belief, Impax made, and included in its ANDA,
16  a certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) ("Paragraph IV") that, in its
17  opinion and to the best of its knowledge, the '063 patent is invalid or will not be
18  infringed.

19  15.  On information and belief, on or about June 5, 2008, Impax sent a
20  Notice Letter, purporting to comply with the provisions of 21 U.S.C. § 355(j)(2)(B) and
21

1  the FDA regulations relating thereto, to Astellas Pharma U.S. Inc., Astellas, BIPI and

2  Boehringer Ingelheim Corp.

3     16.   By filing the ANDA under 21 U.S.C. § 355(j) for the purpose of

4  obtaining approval to engage in the commercial manufacture, use, or sale of its proposed

5  tamsulosin HCl 0.4 mg capsules before the expiration of the '063 patent, Impax has

6  committed an act of infringement under 35 U.S.C. § 271(e)(2).  Further, the commercial

7  manufacture, use, offer for sale, sale and/or importation of tamsulosin, tamsulosin HCl

8  and/or the generic tamsulosin HCl 0.4 mg capsules for which Impax seeks approval in its

9  ANDA will also infringe one or more claims of the '063 patent.

10    17.   Plaintiffs are entitled to the relief provided by 35 U.S.C. § 271(e)(4),

11  including an Order of this Court that the effective date of any approval of the

12  aforementioned ANDA, relating to Impax's tamsulosin HCl 0.4 mg capsules, shall be a

13  date which is not earlier than October 27, 2009, the current expiration date of the '063

14  patent, or any later date of exclusivity to which Plaintiffs are or become entitled.  Further,

15  Plaintiffs are entitled to an award of damages for any commercial sale or use of

16  tamsulosin HCl 0.4 mg capsules, and any act committed by Impax with respect to the

17  subject matter claimed in the '063 patent, which act is not within the limited exclusions of

18  35 U.S.C. § 271(e)(1).

19    18.   This is an exceptional case and Plaintiffs are entitled to an award of a

20  reasonable attorney fee under 35 U.S.C. § 285.

21

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs respectfully request the following relief:

A.  Judgment that Impax has infringed one or more claims of the '063 patent by filing the aforesaid ANDA relating to Impax's tamsulosin HCl 0.4 mg capsules;

B.  A permanent injunction restraining and enjoining Impax and its officers, agents, attorneys and employees, and those acting in privity or concert with it, from engaging in the commercial manufacture, use, offer to sell, or sale within the United States, or importation into the United States, of tamsulosin HCl 0.4 mg capsules as claimed in the '063 patent;

C.  An order that the effective date of any approval of the aforementioned ANDA relating to Impax's tamsulosin HCl 0.4 mg capsules be a date which is not earlier than the expiration of the '063 patent, or any later date of exclusivity to which Plaintiffs are or become entitled;

D.  Damages from Impax for any commercial activity constituting infringement of the '063 patent;

E.  An award to Plaintiffs of the costs and a reasonable attorney fee in this action; and

F.  Such other and further relief as the Court may deem just and proper.

<0>
<0>
<0>
<0>
<0>
<0>
<0>
<0>

1  Dated: July 17, 2008          By:  /s/ Michael K. O'Neill

2                                     Michael K. O'Neill
                                      FITZPATRICK, CELLA, HARPER
3                                       & SCINTO
                                      650 Town Center Drive, Suite 1600
4                                     Costa Mesa, CA 92626
                                      Telephone: (714) 540-8700
5                                     Facsimile: (714) 540-9823
                                      mo'neill@fchs.com
6                                     Attorney for Plaintiffs
                                      Astellas Pharma Inc., and
7                                     Boehringer Ingelheim Pharmaceuticals Inc.

8

9                                     Robert L. Baechtold (*pro hac vice* to be filed)
                                      Simon D. Roberts (*pro hac vice* to be filed)
10                                    FITZPATRICK, CELLA, HARPER
                                        & SCINTO
11                                    30 Rockefeller Plaza
                                      New York, NY 10112-3801
12                                    Phone: (212) 218-2100
                                      Facsimile: (212) 218-2200
13                                    rbaechtold@fchs.com
                                      sroberts@fchs.com

14

15

16

17

18

19

20

FCHS_WS 495035v8

21

COMPLAINT FOR PATENT INFRINGEMENT        - 7 -

1  Michael K. O'Neill, SB # 155937
   FITZPATRICK, CELLA, HARPER
2    & SCINTO
   650 Town Center Drive, Suite 1600
3  Costa Mesa, CA 92626
   Telephone: (714) 540-8700
4  Facsimile: (714) 540-9823
   mo'neill@fchs.com
5  Attorney for Plaintiffs
   Astellas Pharma Inc., and
   Boehringer Ingelheim Pharmaceuticals Inc.
6

7  Robert L. Baechtold (*pro hac vice* to be filed)
   Simon D. Roberts (*pro hac vice* to be filed)
   FITZPATRICK, CELLA, HARPER
8    & SCINTO
   30 Rockefeller Plaza
9  New York, NY 10112-3801
   Telephone: (212) 218-2100
10 Facsimile: (212) 218-2200
   rbaechtold@fchs.com
   sroberts@fchs.com
11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

14  ------------------------------------------------ X

15  ASTELLAS PHARMA INC., and BOEHRINGER       : Case No.
    INGELHEIM PHARMACEUTICALS, INC.            :
                                                :
16                  Plaintiffs,                 :
                                                : COMPLAINT FOR PATENT
17          v.                                  : INFRINGEMENT
                                                :
18  IMPAX LABORATORIES, INC.                    :
                                                :
19                  Defendant.                  :
    ------------------------------------------------ X

20

21

COMPLAINT FOR PATENT INFRINGEMENT

1 **COMPLAINT FOR PATENT INFRINGEMENT**

2 Plaintiffs Astellas Pharma Inc. and Boehringer Ingelheim Pharmaceuticals,

3 Inc. (hereinafter collectively "Plaintiffs"), for their Complaint for patent infringement

4 herein against defendant Impax Laboratories, Inc., allege as follows:

5 **PARTIES**

6    1.    Astellas Pharma Inc. ("Astellas") is a corporation organized and

7 existing under the laws of Japan, having a principal place of business at 3-11,

8 Nihonbashi-Honcho 2-chome, Chuo-ku, Tokyo 103-8411, Japan.

9    2.    Boehringer Ingelheim Pharmaceuticals Inc. ("BIPI") is a corporation

10 organized and existing under the laws of Delaware, having a principal place of business at

11 900 Ridgebury Road, Ridgefield, Connecticut 06877-0368.

12    3.    On information and belief, Defendant Impax Laboratories, Inc.

13 ("Impax") is a corporation organized and existing under the laws of Delaware, having a

14 principal place of business at 30831 Huntwood Avenue, Hayward, California 94544.

15 **JURISDICTION AND VENUE**

16    4.    This action arises under the patent laws of the United States of

17 America. This Court has jurisdiction over the subject matter of this action under

18 28 U.S.C. §§ 1331 and 1338(a).

19    5.    Venue is proper in this judicial district pursuant to 28 U.S.C.

20 §§ 1391(b) and (c), and 28 U.S.C. § 1400(b); Impax is subject to personal jurisdiction

21

1  based on information and belief that Impax's principle place of business is within this

2  judicial jurisdiction and it has regular and systematic business contacts within this judicial

3  jurisdiction.

4  **INTRADISTRICT ASSIGNMENT**

5  6.   Pursuant to Civil L.R. 3-2(c), this patent infringement action may be

6  assigned on a district-wide basis. Because Impax's corporate headquarters are located in

7  the County of Alameda, Plaintiffs are filing this Complaint in the Oakland Division.

8  **CLAIM FOR PATENT INFRINGEMENT**

9  7.   Plaintiff BIPI holds an approved new drug application ("NDA") No.

10  20-579 for Flomax® capsules (0.4 mg), which tablets contain the active ingredient

11  tamsulosin HCl. Flomax® capsules are approved by the United States Food and Drug

12  Administration ("FDA") for the treatment of the signs and symptoms of benign prostatic

13  hyperplasia ("BHP"). Flomax® capsules are sold in the United States by BIPI.

14  8.   The active ingredient in the Flomax® capsules, tamsulosin HCl, is

15  known chemically as (-)-(R)-5-[2-[[2-(2-ethoxyphenoxy) ethyl]amino]propyl]-2-

16  methoxybenzenesulfonamide, monohydrochloride or (-)-(R)-5-{2-[2-(2-

17  ethoxyphenoxy)ethylamino]-2-methylethyl}-2-methoxybenzenesulfonamide

18  hydrochloride.

19  9.   Astellas is the owner of United States Patent No. 4,703,063 ("the

20  '063 patent"). The '063 patent was duly and legally issued on October 27, 1987.

21

10. Astellas was formed as a result of the merger of Yamanouchi Pharmaceutical Co., Ltd. ("Yamanouchi") of Tokyo, Japan and Fujisawa Pharmaceutical Co., Ltd. of Osaka, Japan. The '063 patent was initially assigned to Yamanouchi, which subsequently became Astellas after the merger.

11. The '063 patent claims, *inter alia*, tamsulosin and pharmaceutical compositions containing it. A true copy of the '063 patent is attached hereto as Exhibit A.

12. On information and belief, Impax submitted to the FDA an abbreviated new drug application ("ANDA") under the provisions of 21 U.S.C. § 355(j), seeking approval to engage in the commercial manufacture, use, and sale of tamsulosin HCl 0.4 mg capsules.

13. On information and belief, Impax submitted its ANDA to the FDA for the purpose of obtaining approval to engage in the commercial manufacture, use, or sale of its tamsulosin HCl 0.4 mg capsules before the expiration of the '063 patent.

14. On information and belief, Impax made, and included in its ANDA, a certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) ("Paragraph IV") that, in its opinion and to the best of its knowledge, the '063 patent is invalid or will not be infringed.

15. On information and belief, on or about June 5, 2008, Impax sent a Notice Letter, purporting to comply with the provisions of 21 U.S.C. § 355(j)(2)(B) and

1   the FDA regulations relating thereto, to Astellas Pharma U.S. Inc., Astellas, BIPI and
2   Boehringer Ingelheim Corp.

3   16.   By filing the ANDA under 21 U.S.C. § 355(j) for the purpose of
4   obtaining approval to engage in the commercial manufacture, use, or sale of its proposed
5   tamsulosin HCl 0.4 mg capsules before the expiration of the '063 patent, Impax has
6   committed an act of infringement under 35 U.S.C. § 271(e)(2). Further, the commercial
7   manufacture, use, offer for sale, sale and/or importation of tamsulosin, tamsulosin HCl
8   and/or the generic tamsulosin HCl 0.4 mg capsules for which Impax seeks approval in its
9   ANDA will also infringe one or more claims of the '063 patent.

10  17.   Plaintiffs are entitled to the relief provided by 35 U.S.C. § 271(e)(4),
11  including an Order of this Court that the effective date of any approval of the
12  aforementioned ANDA, relating to Impax's tamsulosin HCl 0.4 mg capsules, shall be a
13  date which is not earlier than October 27, 2009, the current expiration date of the '063
14  patent, or any later date of exclusivity to which Plaintiffs are or become entitled. Further,
15  Plaintiffs are entitled to an award of damages for any commercial sale or use of
16  tamsulosin HCl 0.4 mg capsules, and any act committed by Impax with respect to the
17  subject matter claimed in the '063 patent, which act is not within the limited exclusions of
18  35 U.S.C. § 271(e)(1).

19  18.   This is an exceptional case and Plaintiffs are entitled to an award of a
20  reasonable attorney fee under 35 U.S.C. § 285.

21

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs respectfully request the following relief:

A. Judgment that Impax has infringed one or more claims of the '063 patent by filing the aforesaid ANDA relating to Impax's tamsulosin HCl 0.4 mg capsules;

B. A permanent injunction restraining and enjoining Impax and its officers, agents, attorneys and employees, and those acting in privity or concert with it, from engaging in the commercial manufacture, use, offer to sell, or sale within the United States, or importation into the United States, of tamsulosin HCl 0.4 mg capsules as claimed in the '063 patent;

C. An order that the effective date of any approval of the aforementioned ANDA relating to Impax's tamsulosin HCl 0.4 mg capsules be a date which is not earlier than the expiration of the '063 patent, or any later date of exclusivity to which Plaintiffs are or become entitled;

D. Damages from Impax for any commercial activity constituting infringement of the '063 patent;

E. An award to Plaintiffs of the costs and a reasonable attorney fee in this action; and

F. Such other and further relief as the Court may deem just and proper.

1  Dated: July 17, 2008          By: /s/ Michael K. O'Neill

2
                                Michael K. O'Neill
                                FITZPATRICK, CELLA, HARPER
3                                 & SCINTO
                                650 Town Center Drive, Suite 1600
4                               Costa Mesa, CA 92626
                                Telephone: (714) 540-8700
5                               Facsimile: (714) 540-9823
                                mo'neill@fchs.com
6                               Attorney for Plaintiffs
                                Astellas Pharma Inc., and
7                               Boehringer Ingelheim Pharmaceuticals Inc.

8

9                               Robert L. Baechtold (*pro hac vice* to be filed)
                                Simon D. Roberts (*pro hac vice* to be filed)
10                              FITZPATRICK, CELLA, HARPER
                                  & SCINTO
11                              30 Rockefeller Plaza
                                New York, NY 10112-3801
12                              Phone: (212) 218-2100
                                Facsimile: (212) 218-2200
13                              rbaechtold@fchs.com
                                sroberts@fchs.com

14

15

16

17

18

19

20
   FCHS_WS 495035v8
21

COMPLAINT FOR PATENT INFRINGEMENT    - 7 -