1  Michael K. O'Neill, SB # 155937
   FITZPATRICK, CELLA, HARPER
2   & SCINTO
   650 Town Center Drive, Suite 1600
3  Costa Mesa, CA 92626
   Telephone: (714) 540-8700
4  Facsimile: (714) 540-9823
   mo'neill@fchs.com
   Attorney for Plaintiffs
5  Astellas Pharma Inc., and
   Boehringer Ingelheim Pharmaceuticals Inc.
6

   Robert L. Baechtold (*pro hac vice* to be filed)
7  Simon D. Roberts (*pro hac vice* to be filed)
   FITZPATRICK, CELLA, HARPER
8   & SCINTO
   30 Rockefeller Plaza
9  New York, NY 10112-3801
   Telephone: (212) 218-2100
10 Facsimile: (212) 218-2200
   rbaechtold@fchs.com
   sroberts@fchs.com
11

   ORIGINAL

   ADR

   E-filing

12             UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
13                    OAKLAND DIVISION

                                                       C08-03466 JL
14 ---------------------------------------- x
   ASTELLAS PHARMA INC., and BOEHRINGER      : Case No.
15 INGELHEIM PHARMACEUTICALS, INC.           :
                                             : PLAINTIFFS'
16              Plaintiffs,                  : CERTIFICATION OF
                                             : INTERESTED ENTITIES OR
        v.                                   : PERSONS
17                                           :
                                             :
18 IMPAX LABORATORIES, INC.                  :
                                             :
19              Defendant.                   :
   ---------------------------------------- x
20

21 CERTIFICATION OF
   INTERESTED ENTITIES OR PERSONS

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3-16
2  of the Civil Local Rules of the U.S. District Court for the Northern District of California,
3  the undersigned certifies that the following listed persons, associations of persons, firms,
4  partnerships, corporations (including parent corporations) or other entities (i) have a
5  financial interest in the subject matter in controversy or in a party to the proceeding; or
6  (ii) have a non-financial interest in that subject matter or in a party that could be
7  substantially affected by the outcome of this proceeding:
8  Astellas Pharma Inc. (a non-governmental party), has no parent corporation,
9  and no publically held corporation owns 10% or more of its stock.
10  Boehringer Ingelheim Pharmaceuticals, Inc.(a non governmental party) is a
11  privately held corporation and the following are corporate parents, which are also
12  privately held:
13  1. Boehringer Ingelheim Corporation, Ridgefield, CT, USA;
14  2. Pharma Investment Ltd., Burlington, Canada;
15  3. Boehringer Ingelheim Auslandsbeteiligungs GmbH, Germany;
16  4. Boehringer Ingelheim International GmbH, Germany;
17  5. C.H. Boehringer Sohn Grundstucksverwaltung GmbH & Co. KG, Germany;
18  6. Boehringer Ingelheim Corporation (USA), Ridgefield, CT, USA; and
19  7. Pharma-Investment Unlimited Liability Corporation, Burlington, Canada.
20
21

CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS         - 2 -

1  Dated: July 17, 2008            By:  /s/ Michael K. O'Neill

2                                       Michael K. O'Neill
                                         FITZPATRICK, CELLA, HARPER
3                                          & SCINTO
                                         650 Town Center Drive, Suite 1600
4                                        Costa Mesa, CA 92626
                                         Telephone: (714) 540-8700
5                                        Facsimile: (714) 540-9823
                                         mo'neill@fchs.com
6                                        Attorney for Plaintiffs
                                         Astellas Pharma Inc., and
7                                        Boehringer Ingelheim Pharmaceuticals Inc.

8

9                                        Robert L. Baechtold (*pro hac vice* to be filed)
                                         Simon D. Roberts (*pro hac vice* to be filed)
10                                       FITZPATRICK, CELLA, HARPER
                                           & SCINTO
11                                       30 Rockefeller Plaza
                                         New York, NY 10112-3801
12                                       Phone: (212) 218-2100
                                         Facsimile: (212) 218-2200
13                                       rbaechtold@fchs.com
                                         sroberts@fchs.com

14

15

16

17

18

19  FCHS_WS 495035v8

20

21

CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS            - 3 -