KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
ASIM M. BHANSALI - #194925
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:   (415) 391-5400
Facsimile:    (415) 397-7188

Attorneys for Defendant
IMPAX LABORATORIES, INC.

FILED
08 JUL 22 AM 11: 45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ASTELLAS PHARMA INC. and BOEHRINGER INGELHEIM PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Case No. 3:08-cv-03466 JL <br><br> **DEFENDANT IMPAX LABORATORIES, INC.'S RULE 7.1 DISCLOSURE STATEMENT AND CIVIL L.R. 3-16 CERTIFICATION** <br><br> Judge:   Magistrate Judge James Larson <br> Date Comp. Filed:   July 18, 2008 <br> Trial Date: |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant certifies that Impax Laboratories, Inc. has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-16, the undersigned also certifies that as of this date, other than the named parties, there is no qualifying interest to report.

Dated: July 22, 2008

KEKER & VAN NEST, LLP

By: /s/ Asim M. Bhansali
ASIM M. BHANSALI
Attorneys for Defendant
IMPAX LABORATORIES, INC.

---

DEFENDANT IMPAX LABORATORIES, INC.'S RULE 7.1 DISCLOSURE STATEMENT
AND CIVIL L.R. 3-16 CERTIFICATION
CASE NO. 3:08-cv-03466

421643.01

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On July 22, 2008, I served the following document(s):

**DEFENDANT IMPAX LABORATORIES, INC.'S RULE 7.1 DISCLOSURE STATEMENT AND CIVIL L.R. 3-16 CERTIFICATION**

by **FACSIMILE TRANSMISSION** (IKON) AND **UNITED STATES MAIL**, by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this date. The transmission was reported as complete and without error. Additionally, a true and correct copy was placed in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| Michael K. O'Neill | Robert L. Baechtold |
| Fitzpatrick, Cella, Harper & Scinto | Simon D. Roberts |
| 650 Town Center Drive | Fitzpatrick, Cella, Harper & Scinto |
| Suite 1600 | 30 Rockefeller Plaza |
| Costa Mesa, CA 92626 | New York, NY 10112-3801 |
| Tel: (714) 540-8700 | Tel: (212) 218-2100 |
| Fax: (714) 540-9823 | Fax: (212) 218-2200 |

Executed on July 22, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_DIANE BLAIS MILLER_
DIANE BLAIS MILLER