1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  ASIM M. BHANSALI - #194925
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone:  (415) 391-5400
4  Facsimile:  (415) 397-7188

5  Attorneys for Defendant
   IMPAX LABORATORIES, INC.

FILED

08 JUL 22 AM 11: 45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| ASTELLAS PHARMA INC. and BOEHRINGER INGELHEIM PHARMACEUTICALS INC., Plaintiffs, v. IMPAX LABORATORIES, INC., Defendant. | Case No. 3:08-cv-03466 JL<br><br>**DEFENDANT'S DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Judge:   Magistrate Judge James Larson<br>Date Comp. Filed:   July 18, 2008<br>Trial Date: |
|---|---|

Defendant Impax Laboratories Inc. hereby declines to consent to the assignment of this case to a United States Magistrate Judge and hereby requests the reassignment of this case to a United States District Court Judge.

Dated: July 22, 2008

KEKER & VAN NEST, LLP

By: _____
ASIM M. BHANSALI
Attorneys for Defendant
IMPAX LABORATORIES, INC.

---

DEFENDANT'S DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
CASE NO. 3:08-cv-03466

421644.01

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On July 22, 2008, I served the following document(s):

**DEFENDANT'S DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

by **FACSIMILE TRANSMISSION (IKON) AND UNITED STATES MAIL**, by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this date. The transmission was reported as complete and without error. Additionally, a true and correct copy was placed in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| Michael K. O'Neill | Robert L. Baechtold |
| Fitzpatrick, Cella, Harper & Scinto | Simon D. Roberts |
| 650 Town Center Drive | Fitzpatrick, Cella, Harper & Scinto |
| Suite 1600 | 30 Rockefeller Plaza |
| Costa Mesa, CA  92626 | New York, NY  10112-3801 |
| Tel:  (714) 540-8700 | Tel:  (212) 218-2100 |
| Fax:  (714) 540-9823 | Fax:  (212) 218-2200 |

Executed on July 22, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Diane Blais Miller*
DIANE BLAIS MILLER