KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
ASIM M. BHANSALI - #194925
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
IMPAX LABORATORIES, INC.

FILED
08 JUL 22 PM 3:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ASTELLAS PHARMA INC. and BOEHRINGER INGELHEIM PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Case No. 3:08-cv-03466 JL <br><br> **ANSWER OF DEFENDANT IMPAX LABORATORIES, INC.** <br><br> Judge:   Magistrate Judge James Larson <br><br> Date Comp. Filed:   July 18, 2008 <br><br> Trial Date: |

1  Impax Laboratories, Inc. ("Impax"), hereby answer the Complaint of plaintiff Astellas
2  Pharma Inc. and plaintiff Boehringer Ingelheim Pharmaceuticals Inc. (collectively "Plaintiffs"),
3  as follows:

### PARTIES

5  1. Solely for purposes of this litigation, including any appeal thereof, Impax admits
6  the allegations of paragraph 1 of the Complaint.
7  2. Solely for purposes of this litigation, including any appeal thereof, Impax admits
8  the allegations of paragraph 2 of the Complaint.
9  3. Solely for purposes of this litigation, including any appeal thereof, Impax admits
10  the allegations of paragraph 3 of the Complaint.
11  4. Solely for purposes of this litigation, including any appeal thereof, Impax admits
12  the allegations of paragraph 4 of the Complaint.
13  5. Solely for purposes of this litigation, including any appeal thereof, Impax admits
14  the allegations of paragraph 5 of the Complaint.
15  6. Solely for purposes of this litigation, including any appeal thereof, Impax admits
16  the allegations of paragraph 6 of the Complaint.
17  7. Solely for purposes of this litigation, including any appeal thereof, Impax admits
18  the allegations of paragraph 7 of the Complaint.
19  8. Solely for purposes of this litigation, including any appeal thereof, Impax admits
20  the allegations of paragraph 8 of the Complaint.
21  9. Impax admits that Astellas is the owner of U.S. Patent No. 4,703,063 ("'063
22  patent"), issued on October 27, 1987, but denies that it was duly and legally issued.
23  10. Solely for purposes of this litigation, including any appeal thereof, Impax admits
24  the allegations of paragraph 10 of the Complaint.
25  11. Solely for purposes of this litigation, including any appeal thereof, Impax admits
26  the allegations of paragraph 11 of the Complaint.
27  12. Solely for purposes of this litigation, including any appeal thereof, Impax admits
28  the allegations of paragraph 12 of the Complaint.

1  |  13.  Solely for purposes of this litigation, including any appeal thereof, Impax admits the allegations of paragraph 13 of the Complaint.

14.  Solely for purposes of this litigation, including any appeal thereof, Impax admits the allegations of paragraph 14 of the Complaint.

15.  Solely for purposes of this litigation, including any appeal thereof, Impax admits the allegations of paragraph 15 of the Complaint.

16.  Impax admits that Claims 1, 2, 4, 8, 10 and 14 of the '063 patent are of sufficient scope to cover Impax's proposed tamsulosin product, and that its ANDA application would constitute an act of infringement if those claims were valid. Impax otherwise denies the allegations of paragraph 16 of the Complaint.

17.  Impax denies the allegations in paragraph 17 of the Complaint.

18.  Impax denies the allegations in paragraph 18 of the Complaint.

### IMPAX'S AFFIRMATIVE DEFENSES

In further answer to the Complaint and as separate, affirmative defenses thereto, Impax alleges as follows:

1.  Claims 1, 2, 4, 8, 10 and 14 of the '063 patent are invalid on the grounds of nonstatutory double patenting in light of U.S. Patent No. 4,373,106.

2.  Impax does not infringe Claims 3, 5-7, 9, 11-13 or 15-19 of the '063 patent.

Dated: July 22, 2008

KEKER & VAN NEST, LLP

By: _____
ASIM M. BHANSALI
Attorneys for Defendant
IMPAX LABORATORIES, INC.

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On July 22, 2008, I served the following document(s):

**ANSWER OF DEFENDANT IMPAX LABORATORIES, INC.**

by **FACSIMILE TRANSMISSION** (IKON) AND **UNITED STATES MAIL,** by placing a true and correct copy with IKON Office Solutions, the firm's in-house facsimile transmission center provider, for transmission on this date. The transmission was reported as complete and without error. Additionally, a true and correct copy was placed in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| Michael K. O'Neill | Robert L. Baechtold |
| Fitzpatrick, Cella, Harper & Scinto | Simon D. Roberts |
| 650 Town Center Drive | Fitzpatrick, Cella, Harper & Scinto |
| Suite 1600 | 30 Rockefeller Plaza |
| Costa Mesa, CA 92626 | New York, NY 10112-3801 |
| Tel: (714) 540-8700 | Tel: (212) 218-2100 |
| Fax: (714) 540-9823 | Fax: (212) 218-2200 |

Executed on July 22, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Diane Blais Miller*
DIANE BLAIS MILLER