KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
MARK A. LEMLEY - #155830
ASIM M. BHANSALI - #194925
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
E-Mail: ddurie@kvn.com
         mlemley@kvn.com
         abhansali@kvn.com

Attorneys for Defendant
IMPAX LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASTELLAS PHARMA INC. and BOEHRINGER INGELHEIM PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | Case No. 5:08-cv-03466 JW <br><br> **[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT IMPAX LABORATORIES, INC. FOR SUMMARY JUDGMENT** <br><br> Judge:   Honorable James Ware <br><br> Date Comp. Filed:   July 18, 2008 <br><br> Trial Date: None Set |

421711.01

1    This 25th day of August, 2008, Defendant Impax Laboratories, Inc. having moved for
2  summary judgment on the grounds that Claims 1, 2, 4, 8, 10 and 14 of U.S. Patent No. 4,703,063
3  ("'063 Patent") are invalid for nonstatutory double patenting in light of now-expired U.S. Patent
4  4,373,106, and on the further grounds that Impax has not infringed any of the remaining claims
5  of the '063 Patent, and the Court, after considering the position of the parties and having
6  concluded there is no genuine issue of material fact and that [Impax is/Plaintiffs are] entitled to
7  summary judgment; now therefore IT IS HEREBY ORDERED that Impax's Motion for
8  Summary Judgment is GRANTED, and that judgment shall be entered in favor of
9  [Defendant/Plaintiffs].

11   **IT IS SO ORDERED.**
12  Dated:

14                    By: _____
                          HONORABLE JAMES WARE
15                        UNITED STATES DISTRICT COURT