UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTELLAS PHARMA INC. ET AL, | No. C 08-03466 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CONTINUING MOTION FOR SUMMARY JUDGMENT |
| IMPAX LABORATORIES, INC., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion for Summary Judgment before Judge James Ware previously noticed for August 25, 2008 at 9:00 AM has been reset to **November 3, 2008 at 9:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: July 28, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by:  /s/
Elizabeth Garcia
Courtroom Deputy