**United States District Court**
For the Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7   ASTELLAS PHARMA INC. ET AL,              No. C 08-03466 JW
8              Plaintiff(s),                 AMENDED CLERK'S NOTICE
                                             CONTINUING MOTION FOR SUMMARY
9        v.                                  JUDGMENT
10  IMPAX LABORATORIES, INC.,
11             Defendant(s).
12  _____/
13
14  TO ALL PARTIES AND COUNSEL OF RECORD:
15
16  YOU ARE NOTIFIED THAT the Motion for Summary Judgment before Judge James Ware
17  previously noticed for August 25, 2008 at 9:00 AM has been reset to **November 3, 2008 at 9:00**
18  **AM in** Courtroom 8, 4th Floor, 280 S. 1st  Street, San Jose, California.  The Court also sets a Case
19  Management Conference for **November 3, 2008 at 10:00 AM.**
20  Dated:  July 28, 2008
                                       FOR THE COURT,
21                                     Richard W. Wieking, Clerk
22
23                                     by: _____/s/_____
                                            Elizabeth Garcia
24                                          Courtroom Deputy
25
26
27
28