1  Michael K. O'Neill, SB 155937
   FITZPATRICK, CELLA, HARPER
2    & SCINTO
   650 Town Center Drive, Suite 1600
3  Costa Mesa, California 92626
   Telephone: (714) 540-8700
4  Facsimile: (714) 540-9823
   E-mail: moneill@fchs.com
5  Attorney for Plaintiffs
   Astellas Pharma Inc., and
6  Boehringer Ingelheim Pharmaceuticals Inc.

7  Robert L. Baechtold (*pro hac vice* to be filed)
   Simon D. Roberts (*pro hac vice* to be filed)
8  FITZPATRICK, CELLA, HARPER
     & SCINTO
9  30 Rockefeller Plaza
   New York, NY 10112-3801
10 Telephone: (212) 218-2100
   Facsimile:  (212) 218-2200
11 E-mail: rbaechtold@fchs.com,
   sroberts@fchs.com
12

13
                    UNITED STATES DISTRICT COURT
14                 NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
15

16
   ASTELLAS PHARMA INC., and      )  Case No.: C 08-03466 JW
17 BOEHRINGER INGELHEIM           )
   PHARMACEUTICALS INC,,          )  **PROOF OF SERVICE OF SUMMONS**
18          Plaintiffs,           )  **AND COMPLAINT**
                                  )
19       vs.                      )
                                  )
20 IMPAX LABORATORIES, INC.,      )
            Defendant             )
21                                )
                                  )
22 _____ )

23

24

25

26

27

28

   PROOF OF SERVICE OF
   SUMMONS AND COMPLAINT

PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss:
COUNTY OF ORANGE         )

      I am employed in the City of Costa Mesa, County of Orange, California. I am over the age of 18 and not a party to the within action. My business address is 650 Town Center Drive, Suite 1600, Costa Mesa, California 92626-1924. FACSIMILE TELEPHONE NUMBER: (714) 540-9823.

      On July 31, 2008, I served the following documents described as:

1) **SUMMONS IN CIVIL ACTION**
2) **COMPLAINT FOR PATENT INFRINGEMENT**
3) **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
4) **CIVIL COVER SHEET**
5) **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**
6) **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**
7) **CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE (blank)**
8) **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE (blank)**
9) **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
10) **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**
11) **ND CALIFORNIA GUIDELINES AND ECF REGISTRATION INFORMATION**

on the interested party in this action by placing true copies thereof in a sealed envelope, with sufficient first class postage, addressed as follows:

Mr. Asim M. Bhansali
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California 94111-1704

Attorney for Defendant IMPAX LABORATORIES, INC.

      I am employed in the office of a member of the bar of this court at whose direction the service was made. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. This practice is as follows: In the ordinary course of business, items to be mailed are collected and deposited with the U.S. postal service on the same day with postage thereon fully prepaid at Costa Mesa, California. The aforementioned envelopes were placed for collection and mailing on this date under said practice. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in the affidavit.

Fitzpatrick, Cella,
Harper & Scinto

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

2

3  Executed on July 31, 2008, at Costa Mesa, California.

4

5  Martha Hernandez 
Type or Print Name                                Signature

6
FCHS_WS 2366867v1