**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Astellas Pharma, Inc., et al., | NO. C 08-03466 JW |
|     Plaintiffs, | **ORDER DENYING MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
|   v. | |
| IMPAX Laboratories, Inc., | |
|     Defendant. | |

A hearing on Defendant's motion for summary judgment was initially scheduled for August 25, 2008. (See Docket Item No. 10.) On its own motion, the Court continued the hearing to November 3, 2008. (See Docket Item No. 14.) Presently before the Court is Defendant's motion to shorten time for the hearing on its motion for summary judgment. (See Docket Item No. 16.) Defendant requests that the Court reinstate the original hearing date. (Id.) Plaintiffs have filed a timely objection. (See Docket Item No. 18.)

This case was filed on July 18, 2008 and was assigned to Magistrate Judge James Larson. (See Docket Item No.1.) On July 24, 2008, the case was reassigned to this Court due to a party's declination to proceed before Judge Larson. (See Docket Item Nos. 6, 9.) Only July 25, 2008, Defendant filed its summary judgment motion and noticed it for a hearing on August 25, 2008, even though the Court's calendar had indicated that date was not available. In addition, Defendant's notice of motion failed to comply with the Court's Civil Local Rule, requiring that all motions be served and noticed for a hearing not less than 35 days after service of the motion. See Civ. L.R. 7-

2(a). Accordingly, the Clerk of Court moved the hearing to the next available date.

Due to Defendant's failure to give proper notice of its motion and to secure a hearing date consistent with the Court's availability, Defendant's untimely request for an order shortening time is DENIED. The hearing shall be held as scheduled on **November 3, 2008 at 9 a.m.**

Dated: August 7, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Asim M. Bhansali amb@kvn.com
Daralyn J. Durie ddurie@kvn.com
Michael Kevin O'Neill moneill@fchs.com

**Dated: August 7, 2008**                                **Richard W. Wieking, Clerk**

                                               **By:   /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**

United States District Court
For the Northern District of California