RECEIVED

2008 AUG -8 AM II: 46

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

UNITED STATES DISTRICT COURT
For the Northern District of California

ASTELLAS PHARMA INC., and
BOEHRINGER INGELHEIM
PHARMACEUTICALS INC.

CASE NO.  C 08-03466 JW (RS)

                    Plaintiff(s),

        v.

IMPAX LABORATORIES, INC.

                    Defendant(s).
_____/

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Todd M. Nosher                                    , an active member in good standing of the bar of

New York State                                    whose business address and telephone number

(particular court to which applicant is admitted)

is

Fitzpatrick, Cella, Harper & Scinto,
30 Rockefeller Plaza, New York, New York, 10112
(212) 218-2100                                                                ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing

        IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:

                                            _____
                                            United States District    Judge
                                            James Ware