

Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here
Thomas Burns - Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100

FILED
2008 AUG -8 A II: 48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASTELLAS PHARMA INC., and
BOEHRINGER INGELHEIM
PHARMACEUTICALS INC.

    Plaintiff(s),

v.

IMPAX LABORATORIES, INC.

    Defendant(s).

CASE NO. 08-03466 JW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

ORIGINAL

    Pursuant to Civil L.R. 11-3, Thomas Burns, an active member in good standing of the bar of New York State, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Astellas & Boehringer Ingelheim in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
    Michael K. O'Neill, 650 Town Center Drive, Suite 1600
    Costa Mesa, CA 92626, (714) 540-8700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/6/08

Thomas Burns