
Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here
Robert L. Baechtold - Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100

**FILED**
2008 AUG -8 A 11:49
RICHARD W. WIEKING
CLERK
U.S. D...
NO. D...

**ORIGINAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASTELLAS PHARMA INC., and
BOEHRINGER INGELHEIM
PHARMACEUTICALS INC.

        Plaintiff(s),

    v.

IMPAX LABORATORIES, INC.

        Defendant(s).
_____/

CASE NO. 08-03466 JW

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, __Robert L. Baechtold__, an active member in good standing of the bar of __New York State__, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing __Astellas & Boehringer Ingelheim__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Michael K. O'Neill, 650 Town Center Drive, Suite 1600
    Costa Mesa, CA 92626, (714) 540-8700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __8/5/08__

                              Robert L. Baechtold