```
RECEIVED
2008 AUG -8 AM 11:49
RICHARD W. WIEKING
      CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.
```

UNITED STATES DISTRICT COURT

Northern District of California

ASTELLAS PHARMA INC., and
BOEHRINGER INGELHEIM
PHARMACEUTICALS INC.

                Plaintiff(s),

v.

IMPAX LABORATORIES, INC.

                Defendant(s).

CASE NO. C 08-03466 JW (RS)

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Robert L. Baechtold, an active member in good standing of the bar of New York State whose business address and telephone number (particular court to which applicant is admitted) is

Fitzpatrick, Cella, Harper & Scinto,
30 Rockefeller Plaza, New York, New York, 10112
(212) 218-2100

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                      _____
                                                      United States District   Judge
                                                      James Ware

UNITED STATES DISTRICT COURT
For the Northern District of California