```
RECEIVED
2008 AUG -8 AM 11: 46
RICHARD W. WIEKING
     CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.
```

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ASTELLAS PHARMA INC., and BOEHRINGER INGELHEIM PHARMACEUTICALS INC.<br><br>Plaintiff(s),<br>v.<br>IMPAX LABORATORIES, INC.<br><br>Defendant(s). | CASE NO. C 08-03466 JW (RS)<br><br>(~~Proposed~~)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Todd M. Nosher, an active member in good standing of the bar of New York State whose business address and telephone number (particular court to which applicant is admitted) is

Fitzpatrick, Cella, Harper & Scinto,
30 Rockefeller Plaza, New York, New York, 10112
(212) 218-2100

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 11, 2008

*/s/ James Ware*
United States District Judge
James Ware