RECEIVED

2008 AUG -8 AM 11:48

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ASTELLAS PHARMA INC., and BOEHRINGER INGELHEIM PHARMACEUTICALS INC.<br><br>Plaintiff(s),<br>v.<br>IMPAX LABORATORIES, INC.<br><br>Defendant(s). | CASE NO. C 08-03466 JW (RS)<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Thomas Burns , an active member in good standing of the bar of

New York State whose business address and telephone number

(particular court to which applicant is admitted)

is

Fitzpatrick, Cella, Harper & Scinto,
30 Rockefeller Plaza, New York, New York, 10112
(212) 218-2100 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   August 14, 2008

_____
United States District   Judge
James Ware