

Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here
Simon D. Roberts - Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100

**FILED**

2008 AUG -8  A 11: 42

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ASTELLAS PHARMA INC., and
BOEHRINGER INGELHEIM
PHARMACEUTICALS INC.

        Plaintiff(s),

v.

IMPAX LABORATORIES, INC.

        Defendant(s).

CASE NO. 08-03466 JW

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Simon D. Roberts, an active member in good standing of the bar of New York State, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Astellas & Boehringer Ingelheim in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Michael K. O'Neill, 650 Town Center Drive, Suite 1600
Costa Mesa, CA 92626, (714) 540-8700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/6/2008

Simon D. Roberts

RECEIVED
2008 AUG -8 AM 11:42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
Northern District of California

ASTELLAS PHARMA INC., and
BOEHRINGER INGELHEIM
PHARMACEUTICALS INC.

CASE NO. C 08-03466 JW (RS)

Plaintiff(s),

v.

IMPAX LABORATORIES, INC.

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Defendant(s).

Simon D. Roberts, an active member in good standing of the bar of New York State whose business address and telephone number (particular court to which applicant is admitted) is

Fitzpatrick, Cella, Harper & Scinto,
30 Rockefeller Plaza, New York, New York, 10112
(212) 218-2100

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District  Judge
James Ware

UNITED STATES DISTRICT COURT
For the Northern District of California