JAMES MCMANIS (40958)
MATTHEW SCHECHTER (212003)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
Email: jmcmanis@mcmanisfaulkner.com
       mschechter@mcmanisfaulkner.com


Robert L. Baechtold (admitted *pro hac vice*)
Bruce C. Haas (admitted *pro hac vice*)
Simon D. Roberts (admitted *pro hac vice*)
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112-3801
Telephone:    212-218-2100
Facsimile:    212-218-2200
Email: rbaechtold@fchs.com
       bhaas@fchs.com
       sroberts@fchs.com

Attorneys for Plaintiffs,
ASTELLAS PHARMA INC., and
BOEHRINGER INGELHEIM PHARMACEUTICALS INC.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ASTELLAS PHARMA, INC., and, BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendants. | Case No. 3:08-cv-03466 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF CLAIM CONSTRUCTION BRIEF** IS FOUND AS MOOT |

Plaintiffs, Astellas Pharma, Inc. and Boehringer Ingelheim Pharmaceuticals, Inc. (collectively "plaintiffs"), by and through their attorneys of record, hereby request that this Court issue an order granting plaintiffs an extension of one (1) day, or until Friday, March 20, 2009, to file their reply in support of their claim construction brief. The current due date for the reply,

1  March 19, 2009, was agreed to by the parties during the meet and confer process in preparing the
2  Joint Case Management Statement and was adopted by the Court in its Scheduling Order dated
3  November 20, 2008. Defendant, Impax Laboratories, Inc. ("Impax") does not oppose this
4  request and, by and through its counsel, stipulates that the plaintiffs may be granted an extension
5  of one (1) day, or until Friday, March 20, 2009, to file their reply in support of their claim
6  construction brief.

7  The extension will not prejudice Impax as there is no further briefing to be filed on the
8  claim construction matter.

9  Plaintiffs and Impax request that the claim construction hearing date of Friday, May 1,
10  2009, at 9:00 a.m. remain on calendar as scheduled.

Dated: March 18, 2009              McMANIS FAULKNER


                                   _____//s//_____
                                   MATTHEW SCHECHTER

                                   Attorneys for Plaintiffs,
                                   ASTELLAS PHARMA, INC., and BOEHRINGER
                                   INGELHEIM PHARMACEUTICALS, INC.


Dated: March 18, 2009              DURIE TANGRI LEMLEY ROBERTS & KENT LLP


                                   _____//s//_____
                                   RYAN KENT

                                   Attorneys for Defendant,
                                   IMPAX LABORATORIES, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED the Stipulation is FOUND AS MOOT. The Plaintiff's have filed their reply as of March 19, 2009. The Claim Construction hearing remains on calendar for May 1, 2009 at 9:00 AM.

Dated: March __20__, 2009

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA