*E-Filed 6/30/09*

DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP
DARALYN J. DURIE - #169825
RYAN M. KENT - #220441
332 Pine Street, Suite 200
San Francisco, CA  94104
Telephone:  (415) 362-6666
Facsimile:   (415) 236-6300
E-Mail: ddurie@durietangri.com
            rkent@durietangri.com

Attorneys for Defendant
IMPAX LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASTELLAS PHARMA INC. and BOEHRINGER INGELHEIM PHARMACEUTICALS INC.,<br>            Plaintiffs,<br>   v.<br>IMPAX LABORATORIES, INC.,<br>            Defendant. | Case No. 5:08-cv-03466 JW<br><br>**DEFENDANT IMPAX LABORATORIES, INC.'S STIPULATION AND [PROPOSED] ORDER MOVING 7/8/09 HEARING TO 7/29/09**<br><br>Date: July 8, 2009<br>Time: 9:00 a.m.<br>Judge: Honorable Richard Seeborg<br><br>Date Comp. Filed:    July 18, 2008<br><br>Trial Date:  None Set |

   Defendant Impax Laboratories, Inc. (Impax), hereby requests the Court move the date for the hearing currently scheduled before Magistrate Judge Seeborg on July 8, 2009, at 9:30 a.m., to July 29, 2009, at 9:30 a.m. *See* Docket No. 119 (named plaintiffs' motions to compel discovery and for sanctions). Ms. Daralyn Durie, lead counsel for Impax, is unavailable on July 8, 2009.

   Plaintiffs Astellas Pharma Inc. and Boehringer Ingelheim Pharmaceuticals Inc. do not oppose this request, and stipulate that the hearing may be moved per Impax's request.

   The undersigned counsel for Impax certifies that it has checked with Magistrate Judge

Seeborg's calendar clerk by telephone, and is informed that as of yesterday, the Court's calendar may accommodate this requested change to July 29, 2009.

Dated:  June 26, 2009                           DURIE TANGRI PAGE LEMLEY ROBERTS
                                                & KENT LLP

                                                By: */s/* Daralyn J. Durie_____
                                                    DARALYN J. DURIE
                                                    Attorneys for Defendant
                                                    IMPAX LABORATORIES, INC.


Dated:  June 26, 2009                           FITZPATRICK, CELLA, HARPER & SCINTO

                                                By: */s/* Bruce C. Haas_____
                                                    BRUCE C. HAAS
                                                    Attorneys for Plaintiffs
                                                    ASTELLAS PHARMA INC. and
                                                    BOEHRINGER INGELHEIM
                                                    PHARMACEUTICALS INC.,

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated: ___June 30___, 2009    _____
   Mag. Judge Richard Seeborg
5   U.S. District Court, N.D. Cal.