1    James McManis SB # 40958
     Matthew Schechter SB # 212003
2    MCMANIS FAULKNER
     Fairmont Plaza - 10th Floor                    *E-Filed 8/4/09*
3    50 West San Fernando Street
     San Jose, CA 95113
4    Telephone (408) 279-8700
     Facsimile (408) 279-3244
5    jmcmanis@mcmanisfaulkner.com
     mschechter@mcmanisfaulkner.com

6    Robert L. Baechtold (admitted *pro hac vice*)
     Bruce C. Haas (admitted *pro hac vice*)
7    Simon D. Roberts (admitted *pro hac vice*)
     FITZPATRICK, CELLA, HARPER
8      & SCINTO
     30 Rockefeller Plaza
9    New York, NY 10112-3801
     Telephone: (212) 218-2100
10   Facsimile: (212) 218-2200
     rbaechtold@fchs.com
11   bhaas@fchs.com
     sroberts@fchs.com
12
     Attorneys for Plaintiffs
13   Astellas Pharma Inc., and
     Boehringer Ingelheim Pharmaceuticals Inc.
14

15                    UNITED STATES DISTRICT COURT
16                   NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION
17   - - - - - - - - - - - - - - - - - - - - - - X
18   ASTELLAS PHARMA INC., and BOEHRINGER        :  Case No. 08-03466 JW
19   INGELHEIM PHARMACEUTICALS INC.              :
                                                 :
20                    Plaintiffs,                :  [PROPOSED] ORDER
                                                 :  GRANTING PLAINTIFFS'
21                                               :  RULE 7-11 & 79-5 MOTION
             v.                                  :  TO FILE PORTIONS OF
22                                               :  DOCUMENTS UNDER SEAL
     IMPAX LABORATORIES, INC.                    :
23                                               :
                                                 :
24                    Defendant.                 :
     - - - - - - - - - - - - - - - - - - - - - - X
25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS'
RULE 7-11 & 79-5 MOTION TO FILE PORTIONS
OF DOCUMENTS UNDER SEAL

Plaintiffs Astellas Pharma Inc., and Boehringer Ingelheim Pharmaceuticals Inc., having moved to file portions of documents under seal, as follows:

1.    Plaintiffs' Motion for Sanctions at:

      A.    Page 7, lines 9-14.

2.    Plaintiffs' Motion to Compel at:

      A.    Page 4, line 15;
      B.    Page 9, lines 3-13 and lines 19-26;
      C.    Page 10, lines 11-12;
      D.    Page 11, lines 14-18;
      E.    Page 14, lines 19-22;
      F.    Page 15, lines 16-20;
      G.    Page 16, lines 19-25;
      H.    Page 17, lines 9-18;
      I.    Page 20, lines 1-14 and 22-27;
      J.    Page 21, lines 1-11 and 20-28;
      K.    Page 22, lines 1-18 and 27-28;
      L.    Page 23 in its entirety; and
      M.    Page 24, lines 3-16 and lines 24-28.

3.    The Declaration of Todd Nosher in Support of Plaintiffs' Motion to Compel at:

      A.    Exhibit 7 in its entirety;
      B.    Exhibit 10 at pages 4-7;
      C.    Exhibit 12 in its entirety;
      D.    Exhibit  17 at Paragraphs 10-18;
      E.    Exhibit 19 in its entirety; and
      F.    Exhibit 20 in its entirety.

and the Court having given full consideration and having concluded that good cause exists for the request;

IT IS HEREBY ORDERED that Plaintiffs' Motion To File Portions of Documents Under Seal is GRANTED and the above documents are to be filed under seal.

Dated: _____ Aug. 4 , 2009

THE HONORABLE RICHARD SEEBORG

PROPOSED] ORDER GRANTING PLAINTIFFS'
RULE 7-11 & 79-5 MOTION TO FILE PORTIONS
OF DOCUMENTS UNDER SEAL