

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASTELLAS PHARMA INC., et al., | NO. C 08-03466 JW |
| Plaintiffs, | |
| v. | |
| | CONSENT JUDGMENT |
| IMPAX LABORATORIES, INC., | |
| Defendant. | |
| _____/ | |

      Upon the joint application of Plaintiff Astellas Pharma Inc. ("Astellas") and Plaintiff Boehringer Ingelheim Pharmaceuticals, Inc. ("BI") and Defendant Impax Laboratories, Inc., ("Impax") for an Order and Final Judgment by Consent, and it appearing that Astellas, BI and Impax have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement Agreement, and by their respective undersigned attorneys hereby stipulate and consent to entry of this judgment and an injunction in this action, and good cause appearing,

      IT IS this   7   day of October, 2009

      ORDERED, ADJUDGED AND DECREED as follows:

      1.    This Court has jurisdiction over the subject matter of this action and has personal jurisdiction over the parties.

      2.    As used in this Consent Judgment, (i) the term "Impax Generic Tamsulosin Product" shall mean a drug product manufactured, used, sold, offered for sale,

imported or distributed pursuant to Abbreviated New Drug Application No. 90-377, including but not limited to Tamsulosin capsules in the 0.4 mg dosage strength, and (ii) the term "Affiliate" shall mean any entity that controls, is controlled by, or is under common control with the applicable entity, meaning (a) in the case of corporate entities, direct or indirect ownership of at least fifty percent (50%) of the stock or shares entitled to vote for the election of directors, or otherwise having the power to control or direct the affairs of such Person, and (b) in the case of non-corporate entities, direct or indirect ownership of at least fifty percent (50%) of the equity interest or the power to direct the management and policies of such non-corporate entities.

3. Impax admits that Astellas' United States Patent No. 4,703,063 (the "'063 Patent") is enforceable and valid.

4. In any other or future cause of action or litigation, Impax shall not dispute that the '063 Patent is enforceable and valid.

5. Impax admits, for itself and its Affiliates, that the manufacture, use, sale, offer to sell, importation or distribution of the Impax Generic Tamsulosin Product by or on behalf of Impax or its Affiliates prior to patent expiration would infringe the '063 Patent pursuant to 35 U.S.C. § 271 and that the filing of Impax's Abbreviated New Drug Application for the Impax Generic Tamsulosin Product infringed the '063 Patent pursuant to 35 U.S.C. § 271(e)(2).

6. Impax, including all of its successors and assigns, is enjoined for the full term of the '063 Patent, and any period of pediatric exclusivity granted to BI and Astellas with respect to Flomax®, from making, having made, using, selling, offering to sell, importing or distributing the Impax Generic Tamsulosin Product, either directly or indirectly, on its own part or through any Affiliate, officer, agent, servant, employee or attorney, or through any person in

concert or coordination with Impax, unless specifically authorized pursuant to the Settlement Agreement.

7. Impax has agreed that, in the event of breach or violation by Impax of the terms of this Consent Judgment, jurisdiction and venue for an action for preliminary and permanent injunctions against the breaching conduct exist in this Court, and Impax hereby waives any and all defenses based on personal jurisdiction, subject matter jurisdiction and venue.

8. Compliance with this Consent Judgment may be enforced by Astellas and BI and their successors in interest, or assigns.

9. This Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

10. Each party shall bear its own costs and attorneys' fees.

All pending Motions are DENIED as moot. (Docket Item Nos. 88, 152, 153.)

The Clerk shall close this file.

Dated: October 7, 2009

_James Ware_
JAMES WARE
United States District Judge

We consent to the form and entry of the foregoing Order and Judgment.

Matthew Schechter, Esq.
MCMANIS FAULKNER
Fairmont Plaza - 10th Floor
50 West San Fernando Street
San Jose, CA 95113
Attorney for Plaintiffs

Daralyn Durie, Esq.
Durie Tangri Lemley Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
Attorney for Defendant

3